**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**December 14, 2006**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 05-51360
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-

Appellee,

versus

LAURA PATRICIA GINEZ-RODRIGUEZ,

Defendant-

Appellant.

-------------------------------------------------------------

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:05-CR-24-1

-------------------------------------------------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Laura Patricia Ginez-Rodriguez on appeal has requested leave

to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Ginez-

Rodriguez, who pleaded guilty to aiding and abetting the transportation of an illegal alien for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

commercial advantage or financial gain, received a copy of counsel's motion and has not filed a response.

Our independent review of counsel's brief and the record discloses no issue of arguable merit for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.